UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EMMETT MESSICK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2945** |
| **BURL CAIN, WARDEN** | **SECTION "N"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on December 8, 2014 (Rec. Doc. No. 24), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Emmett Messick's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 29th day of December, 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE